| Case No.: | 20-47870 | Trustee Name: | Karen E. Evangelista |
| --- | --- | --- | --- |
| Case Name: | COLUMBUS OIL & GAS, LLC | Date Filed (f) or Converted (c): | 03/19/2021 (c) |
| For the Period Ending: | 12/31/2023 | §341(a) Meeting Date: | 04/14/2021 |
| | | Claims Bar Date: | 06/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Ref. #**

| # | Description | Petition Value | Est. Net Value | Abandoned | Sales/Funds | Status |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 19699 Bulhand Road Calvin Twp MI Cass County, | $40,000.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** This asset included in asset #5.

| 2 | Eastern Michigan Bank Checking 8885 | $871.10 | $2,240.09 | | $2,240.09 | FA |

**Asset Notes:** Asset increased per amended schedules filed on 8/17/2020, docket #36.

| 3 | Accounts receivable Over 90 days old: 67,575.95 face amount - doubtful or uncollectible account 0.00 = $67,575.95 | $67,575.95 | $0.00 | | $0.00 | FA |

| 4 | Office equipment, including all computer equipment and communication systems equipment and software Office equipment, including ll computer equipment and communication systems equipment and software. Misc. items of office equipment. $0.00 | $1,000.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** This asset included in asset #6.

| 5 | Compressor equipment for the extraction of oil; Compressors; Flow pipes for the movement and storage of oil; salt water disposal system; six (6) 30,000 ga. storage tanks; Two phase separators; high capacity lift system; Two (2) hi-volume injection pumps, tubing and valves for the extraction , movement and storage of oil; flow lines; "down hole" equipment for 17 wells. Misc. other items of equipment. (Value is based on the per item value rather than the value of an assembled oil operating extraction site. Value further does not take into consideration the removal expense of the items if the equipment were sold off on a piece-by-piece basis.) $0.00 | $300,000.00 | $175,000.00 | | $175,000.00 | FA |

**Asset Notes:** Order Authorizing Compromise of Claims and Approval of Sale of Property Free and Clear of Liens and Encumbrances P/O 1/10/2022, docket #436. Motion Authorizing Compromise filed on 8/18/21, docket #384.

| Case No.: | 20-47870 | | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|---|
| Case Name: | COLUMBUS OIL & GAS, LLC | | | Date Filed (f) or Converted (c): | 03/19/2021 (c) |
| For the Period Ending: | 12/31/2023 | | | §341(a) Meeting Date: | 04/14/2021 |
| | | | | Claims Bar Date: | 06/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6 Confidential reports of the oilproject, including the Calvin 28 oil fied report prepared by KADE Technologies, and reports by Deloitte. (value is based upon the actual cost to debtor incurred in the preparation of the reports, costs of well drilling expenses, as well as all site improvements for the project in the preparatuion for the full scale oil production. The value is directly related to the leasehold oil and gas lease interests held by Debtor which are subject to pending litigation. $0.00 | $3,000,000.00 | $3,000,000.00 | | $0.00 | FA |
| 7 Interests in insurance policies or annuities Debtor has a claim pending in the Cass County Circuit Court, Columbus Oil & Gas v Grohowski et al,#18-347 for money damgages, which is also subject to a Counter Complaint | Unknown | $0.00 | | $0.00 | FA |
| 8 Debtor has a claim pending in the St. Clair County Circuit Court, Brettschneider v Columbus Oil & Gas, LLC, et al, case no: 18-002976, against various individuals, consisting of a Counter Complaint for Tortious Interference with Business Opportunity, and other claims. Nature of claim Amount requested $0.00 | Unknown | $10,000.00 | | $0.00 | FA |

**Asset Notes:** Assets included in asset #5.

| Case No.: | 20-47870 | | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|---|
| Case Name: | COLUMBUS OIL & GAS, LLC | | | Date Filed (f) or Converted (c): | 03/19/2021 (c) |
| For the Period Ending: | 12/31/2023 | | | §341(a) Meeting Date: | 04/14/2021 |
| | | | | Claims Bar Date: | 06/28/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9 | Other property of any kind not already listed Examples: Season tickets, country club membership Oil and gas leases...oil production. (Debtor's records, as verified by third party engineers, reflect that that property under lease contains approximately 20,000,000 barrels of oil. The number of recoverable barrels depends on the extraction method. The value of the oil reserve is further based upon the recoverable barrels, the market value of oil at the time of extraction and the cost of extraction. Debtor will defer to expert opinions on the value. Further, litigation is pending concerning the continued validity of some of the oil and gas leases. | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Assets included in asset #5. | | | | | |
| 10 | Area of Mutual Interest and Orphan Well Agreement with Stevens & Soldwisch Oil & Gas Properties I, LLC. (A Joint Venture in the Operation of oil & gas wells in Casco Twp., St. Clair County, Michigan. (The value of this venture is highly speculative. To date, Debtor has received $30,000.00 which may be subject to operating expenses and/or debts incurred in bringing the particular well into production. | $90,000.00 | $12,500.00 | | $12,500.00 | FA |
| **Asset Notes:** | Order Authorizing Compromise of Claims entered on 6/9/21, docket #367 Stipulation filed on 6/9/21, docket #366. | | | | | |
| 11 | Profits due from Area of Mutual Interest and Orphan Wells Agreement between Columbus and Stevens & Soldwisch, subject to pending litigation, US District Court, 20-11362, Eastern District of Michigan. Case is subject to a Counter Complaint. | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | This asset is included in asset #10. | | | | | |
| 12 | Adversary Case 20-04356 (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Assets included in asset #5. | | | | | |
| 13 | Restitution (u) | $0.00 | $862.37 | | $4,329.87 | FA |

| Case No.: | 20-47870 | Trustee Name: | Karen E. Evangelista |
| --- | --- | --- | --- |
| Case Name: | COLUMBUS OIL & GAS, LLC | Date Filed (f) or Converted (c): | 03/19/2021 (c) |
| For the Period Ending: | 12/31/2023 | §341(a) Meeting Date: | 04/14/2021 |
| | | Claims Bar Date: | 06/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14  2012 Ford Super Duty Pickup Truck  (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Assets included in asset #5. | | | | | |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

| | $3,499,447.05 | $3,200,602.46 | | $194,069.96 | $0.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

| 12/12/2023 | All assets have been administered or deemed worthless. Trustee's counsel is working on the final aspects of the Court approved sale oil and gas leases and related permits. Final issues in the case involve the State of Michigan's approval of the transfer of well permits and on objection to claims. The case should be closed by the end of 2024 |
| --- | --- |
| 12/06/2023 | email exchange between Counsel and counsel for state of michigan regarding possible resolution of claims |
| 04/18/2023 | Oil permit disclaimer related to litigation between landowners and Trust executed, notarized and emailed to Counsel. copy in TES |
| 04/13/2023 | Trustee with assistance of counsel investigated the value of the business and business assets. There was contentious litigation with the landowners of the real estate which was eventually decided in the Trustee's favor after 4 hearings before the Court. There is not any further litigation, but Trustee and her counsel are reviewing claims for possible objections and working towards transferring of permits to reduce amounts owed to governmental authorities. when these matters are completed, the Trustee will move to her TFR. |

| Initial Projected Date Of Final Report (TFR): | 07/19/2022 | Current Projected Date Of Final Report (TFR): | 12/30/2024 | /s/ KAREN E. EVANGELISTA |
| --- | --- | --- | --- | --- |
| | | | | KAREN E. EVANGELISTA |

| Case No. | 20-47870 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | COLUMBUS OIL & GAS, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8253 | | Checking Acct #: | ******0250 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2023 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/25/2021 | (13) | United States Treasury | Restitution | 1229-000 | $27.75 | | $27.75 |
| 05/25/2021 | (13) | United States treasury | Restitution | 1229-000 | $55.51 | | $83.26 |
| 05/27/2021 | (2) | Columbus Oil & Gas | Eastern Michigan Bank Checking 8885 | 1129-000 | $2,240.09 | | $2,323.35 |
| 06/22/2021 | (10) | Steens & Soldwisch Oil & Gas | Order Authorizing Compromise Of Claim P/O 6/9/2021, docket #367. | 1129-000 | $12,500.00 | | $14,823.35 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $8.13 | $14,815.22 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $22.02 | $14,793.20 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.98 | $14,771.22 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.24 | $14,749.98 |
| 10/26/2021 | (13) | United States Treasury | Restitution | 1229-000 | $55.51 | | $14,805.49 |
| 10/27/2021 | 3001 | General Agency Company | General Liability Insurance Renewal | 2420-000 | | $2,169.00 | $12,636.49 |
| 10/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.94 | $12,614.55 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.97 | $12,595.58 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.72 | $12,576.86 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.69 | $12,558.17 |
| 02/01/2022 | (5) | The Dragich Law Firm | Order Authorizing Compromise of Claims and Approval of Sale of Property Free and Clear of Liens and Encumbrances P/O 1/10/2022, docket #436. | 1129-000 | $175,000.00 | | $187,558.17 |
| 02/04/2022 | (13) | United States treasury | Restitution | 1229-000 | $27.75 | | $187,585.92 |
| 02/04/2022 | (13) | United States Treasury | Restitution | 1229-000 | $27.75 | | $187,613.67 |
| 02/15/2022 | (13) | United States Treasury | Restitution | 1229-000 | $668.10 | | $188,281.77 |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $252.31 | $188,029.46 |
| 02/28/2022 | 3002 | Gold, Lange, Majoros, PC | Attorney for Trustee Fees P/O 2/28/2022, docket #440. | 3210-000 | | $50,507.50 | $137,521.96 |
| 02/28/2022 | 3003 | Gold, Lange, Majoros, PC | Attorney for Trustee Expenses P/O 2/28/2022, docket #440. | 3220-000 | | $637.45 | $136,884.51 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $205.91 | $136,678.60 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $196.59 | $136,482.01 |

SUBTOTALS $190,602.46 $54,120.45

| **Case No.** | 20-47870 | **Trustee Name:** | Karen E. Evangelista |
|---|---|---|---|
| **Case Name:** | COLUMBUS OIL & GAS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***8253 | **Checking Acct #:** | ******0250 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 01/01/2023 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 12/31/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $202.86 | $136,279.15 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $196.02 | $136,083.13 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $202.27 | $135,880.86 |
| 08/03/2022 | 3004 | Gold, Lange, Majoros & Smalarz, PC | Attorney for Trustee Fees P/O 8/2/2022, docket #462. | 3210-000 | | $10,080.00 | $125,800.86 |
| 08/03/2022 | 3005 | Gold, Lange, Majoros & Smalarz PC | Attorney for Trustee Expenses P/O 8/2/2022, docket #462. | 3220-000 | | $12.19 | $125,788.67 |
| 08/08/2022 | (13) | united states treasury | Restitution | 1229-000 | $3,467.50 | | $129,256.17 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $198.22 | $129,057.95 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $185.63 | $128,872.32 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $185.36 | $128,686.96 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $185.10 | $128,501.86 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $191.00 | $128,310.86 |
| 01/05/2023 | 3006 | INSURANCE PARTNERS | Bond Payment | 2300-000 | | $66.25 | $128,244.61 |
| 12/01/2023 | 3007 | INSURANCE PARTNERS | Bond Allocation | 2300-000 | | $85.48 | $128,159.13 |
| | | | | **SUBTOTALS** | $3,467.50 | $11,790.38 | |

| | | |
|---|---|---|
| Case No. | 20-47870 | |
| Case Name: | COLUMBUS OIL & GAS, LLC | |
| Primary Taxpayer ID #: | **-***8253 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 01/01/2023 | |
| For Period Ending: | 12/31/2023 | |

| | |
|---|---|
| Trustee Name: | Karen E. Evangelista |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0250 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $194,069.96 | $65,910.83 | $128,159.13 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $194,069.96 | $65,910.83 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $194,069.96 | $65,910.83 | |

**For the period of 01/01/2023 to 12/31/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $151.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $151.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/25/2021 to 12/31/2023**

| | |
|---|---|
| Total Compensable Receipts: | $194,069.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $194,069.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $65,910.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,910.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 20-47870 | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|
| Case Name: | COLUMBUS OIL & GAS, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8253 | Checking Acct #: | ******0250 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 01/01/2023 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $194,069.96 | $65,910.83 | $128,159.13 |

| For the period of 01/01/2023 to 12/31/2023 | | For the entire history of the account between 05/25/2021 to 12/31/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $194,069.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $194,069.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $151.73 | Total Compensable Disbursements: | $65,910.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $151.73 | Total Comp/Non Comp Disbursements: | $65,910.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ KAREN E. EVANGELISTA

KAREN E. EVANGELISTA