# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In The Matter Of:**                        **In Bankruptcy:**

COLUMBUS OIL & GAS, LLC           Case No. 20-47870-MLO
                                                   Chapter 7
                Debtor(s).           /          Hon. Maria L. Oxholm

## CERTIFICATE OF DISTRIBUTION

       Karen E. Evangelista, Trustee of the above-named estate, hereby states the following:

       1.     That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

       2.     That the Trustee has collected $194,069.96 and disbursed $194,069.96, leaving a balance on hand of $0.00, which funds are deposited in an account at Pinnacle Bank;

       3.     That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---:|---:|---:|
| Karen E. Evangelista Fee P/O 6/13/2024 | $12,953.50 | 100.00 | $12,953.50 |
| Karen E. Evangelista Expense P/O 6/13/2024 | $100.00 | 100.00 | $100.00 |
| Gold, Lange, Majoros, PC Attorney for Trustee Fees P/O 6/13/2024 | $72,703.50 | 16.66 | $12,116.00 |
| Gold, Lange, Majoros, PC Attorney for Trustee Expenses P/O 6/13/2024 | $675.23 | 3.79 | $25.59 |
| **Subtotal:** | | | **$25,195.09** |

| Prior Chapter Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---:|---:|---:|
| Kimberly Ross Clayson, Subchapter V Trustee | $19,890.00 | 100.00 | $19,890.00 |
| | | **Subtotal:** | **$19,890.00** |

| Secured Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---:|---:|---:|
| 2 | Cedar Glade LP | $600.00 | 100.00 | $600.00 |
| 11 | LCA Bank Corporation | $5,000.00 | 100.00 | $5,000.00 |
| | | | **Subtotal:** | **$5,600.00** |

| Unsecured Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---:|---:|---:|
| 1 | Direct Capital | $68,488.99 | 10.56 | $7,234.24 |
| 2a | Cedar Glade LP | $134,357.48 | 10.56 | $14,191.67 |
| 3 | HM Environmental Services Inc. | $16,426.44 | 10.56 | $1,735.06 |
| 4 | Frontier Communications | $586.42 | 10.56 | $61.94 |
| 5 | McConnell & Scully, Inc. | $4,580.04 | 10.56 | $483.77 |
| 6 | R.G. Eisenhardt Contracting, Inc. | $16,373.00 | 10.56 | $1,729.42 |
| 7 | Excel Site Rentals | $91,317.00 | 10.56 | $9,645.47 |
| 8 | Forsythe Finance, LLC | $60,786.11 | 10.56 | $6,420.60 |
| 9 | FirstLease, Inc. | $29,173.45 | 10.56 | $3,081.48 |
| 10 | M2 Lease Funds LLC | $149,516.95 | 10.56 | $15,792.90 |
| 11a | LCA Bank Corporation | $90,097.11 | 10.56 | $9,516.61 |
| 19 | Key Equipment Finance, a division of KeyBank N.A. | $49,348.47 | 10.56 | $5,212.49 |
| 21 | Cherrywood Enterprises, LLC | $6,878.47 | 10.56 | $726.55 |
| 28 | M L Chartier Excavating, Inc. | $15,543.90 | 10.56 | $1,641.84 |
| | | | **Subtotal:** | **$77,474.04** |
| | | | **Total:** | **$128,159.13** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

| | |
|---|---|
| Dated: June 17, 2024 | /s/ KAREN E. EVANGELISTA P36144<br>Karen E. Evangelista, Chapter 7 Trustee<br>2956 South Rochester Road, Suite 208<br>Rochester Hills, MI 48307<br>Phone: (248) 652-7990<br>E-mail: kevangelistalaw@gmail.com |